UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | Exquisite Designs by Castlerock & Company, Inc. § § § | Civil Action No. 4:14-cv-2706 |
| | Debtor. § § | Bankruptcy Case No. 12-38337 |
| | Exquisite Designs by Castlerock & Company, Inc., § § § | |
| | Brad Jones, as Shareholder, Owner, Officer, and Director, of said Corporation, and as Part In Interest, § § § § § | |
| | Appellants, § § § | |
| vs. | § § | |
| | Ronald J. Sommers, Chapter 7 Trustee, § § § | |
| | United States Trustee, § § | |
| | Deutsche Bank National Trust Company, as Trustee for the Holders of Morgan Stanley Mortgage Loan Trust 2005-5AR, § § § § § § | |
| | The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of CWMBS, Inc., CHL Mortgage Pass-Through Trust 2004-15, Mortgage Pass-Through Certificates, Series 2004-15, § § § § § § § § § | |
| | The Bank of New York Mellon fka The Bank of New York, as trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2007-HY2 Mortgage Pass-Through Certificates, Series 2007-HY2, § § § § § § § | |

|  |  |
|---|---|
| Bank of America, Servicing Agent | § § § |
| Appellees. | § |

## ORDER GRANTING MOTION TO DEFER BRIEFING UNTIL THE COURT DETERMINES STATUS OF THE REPRESENTATION OF PARTIES

The Court after considering Mr. Jones's Motion is of the opinion that it should be granted. The deadline for Mr. Jones to file his Appellant's Brief is extended until June 15, 2015.

It is so ordered.

April 15, 2015
Date

_____
UNITED STATES DISTRICT JUDGE